| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | | **MINUTE ORDER** |

BEFORE:  A. KATHLEEN TOMLINSON    DATE: 11/4/09
         U.S. MAGISTRATE JUDGE     TIME: 2:30 PM

*Bankcorp Bank -v- Latucca, et al.*, **CV 07-1603 (JFB) (AKT)**

TYPE OF CONFERENCE:    ORAL ARGUMENT

APPEARANCES:   Plaintiff:   Colin Knisely

               Defendants:  Scott Kossove

               Third-Party
               Defendants:  Mark Freudenberg

THE FOLLOWING RULINGS WERE MADE:

I heard oral argument today on Defendants' Motion to Stay [DE 57], which Third-Party Defendants join [DE 60] and which Plaintiff opposes [DE 59]. For the reasons set forth in detail on the record of today's proceedings, Defendants' Motion to Stay is DENIED.

An Amended Case Management and Scheduling Order will be entered separately.

If the parties wish to schedule a Settlement Conference, they should contact my Chambers by telephone with proposed dates.

The parties are able to obtain a transcript of today's proceedings by making arrangements through my Courtroom Deputy, Edher Montero.

                                        SO ORDERED

                                        /s/ A. Kathleen Tomlinson
                                        A. KATHLEEN TOMLINSON
                                        U.S. Magistrate Judge